IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MELVIN THOMAS,** | * | |
| **Plaintiff,** | * | Case No. 23-CV-003379-BAH |
| v. | * | |
| **GEORGE VIGUE, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Matt Ballenger, Esq.
Ballenger & Rosche, LLC
401 E Pratt Street, Suite 2341
Baltimore, MD 21202

*Attorneys for Plaintiff Melvin Thomas*

s/ Kara Lynch_____
Kara Lynch, Esq.
Baltimore City Law Department
100 N. Holliday St, Suite 101
Baltimore, MD 21202

*Attorney for Defendant Baltimore Police Department*

s/ Shneur Nathan_____
Shneur Nathan, Avi Kamionski,
Christine Goo, and Perry Wasserman
Nathan & Kamionski LLP
575 W. Charles Street, Suite 402
Baltimore, MD 21201

*Attorneys for Officer Defendants George Vigue, Scott Danielczyk, and Ronald Copeland*

Dated: September 16, 2025